**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

CLYDE SEARFOSS

_____ Debtor _____

CHAPTER **13**
Case No. 09-64679-PJS
Judge PHILLIP J. SHEFFERLY

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND**
**TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS;**
**NOTICE TO CREDITORS OF OBLIGATION TO**
**FILE A RESPONSE AND RIGHT TO OBJECT; AND**
**NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION**

*Please read this Report carefully. It advises you of certain*
*rights and deadlines imposed pursuant to the law.*
*<u>Your rights may be adversely affected.</u>*

David Wm. Ruskin, Standing Chapter 13 Trustee, pursuant to F.R.Bankr.P. 3002.1(f) and E.D. Mich. LBR 2015-5(a)(1), reports to the Court that the above-named Debtor has completed all payments under the confirmed Chapter 13 plan.

This notice is provided pursuant to F.R.Bankr.P. 3002.1(f), to claimants whose claims are secured by a security interest in the debtor(s) principal residence and whose claims are provided for under 11 U.S.C. 1322(b)(5).

**IF YOUR CLAIM WAS PAID BY THE TRUSTEE, THE DEBTOR HAS PAID IN FULL THE AMOUNT REQUIRED TO CURE ANY DEFAULT ON YOUR CLAIM.**

**IF YOUR CLAIM WAS PAID DIRECTLY BY THE DEBTOR OR THE AUTOMATIC STAY WAS LIFTED DURING THE TERM OF THE DEBTOR'S CHAPTER 13 PLAN, THE TRUSTEE DOES NOT HAVE ANY INFORMATION REGARDING WHETHER THIS OBLIGATION IS CURRENT.**

*PURSUANT TO F.R.BANKR.P. 3002.1(g), YOU ARE REQUIRED TO FILE AND SERVE A RESPONSE ON THE DEBTOR, DEBTOR'S COUNSEL AND THE TRUSTEE, NO LATER THAN 21 DAYS AFTER SERVICE OF THIS NOTICE. F.R.BANKR.P. 3002.1(g) SETS FORTH THE SPECIFICS GOVERNING THE REQUIRED RESPONSE.*

©2014 David Wm. Ruskin

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-5(a)(2), if the Court determines that Debtor is eligible for a Discharge, the Order of Discharge will include findings that:

1. All allowed claims have been paid in accordance with the plan; and

2. With respect to any secured claim that continues beyond the term of the plan, any prepetition or post-petition defaults have been cured and the claim is in all respects current, with no escrow balance, late charges, costs or attorney fees owing.

Pursuant to E.D. Mich. LBR 2015-5(a)(3), if the Court determines that Debtor is eligible for a Discharge, the Order of Discharge will direct that:

1. Any creditor who held a secured claim that was fully paid shall execute and deliver to the Debtor a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and

2. Any creditor who holds a secured claim that continues beyond the term of the plan shall take no action inconsistent with the findings set forth in the Order of Discharge.

## RIGHTS AND DUTIES OF DEBTOR

**Duty of Debtor regarding secured debt obligations:** Every Debtor, regardless of whether the Debtor is or claims to be entitled to a discharge, must:

1. Immediately begin making the required payments on secured debt obligations to avoid defaulting on those secured debt obligations.

2. Continue to make required payments on secured debt obligations until those obligations are paid in full. If the Court determines that the Debtor is eligible for a Discharge, the Chapter 13 Discharge will not discharge the Debtor from any obligation on any continuing secured debt payments that come due after the date of the Debtor's last payment under the Plan.

*See* E.D. Mich. LBR 2015-5(a)(6)&(7).

**If the Debtor claims to be eligible for a discharge pursuant to 11 USC Section 1328:**

1. Within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor must file with the Court the Chapter 13 Debtor's Certification Regarding Domestic Support Obligations and Section 522(q), Official Form B283. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

2. If this is a Joint Case, each Debtor must separately complete and file a Debtor's Certification Regarding Domestic Support Obligations and Section 522(q), Official Form B283.

3. If the Debtor fails to complete and file a Chapter 13 Debtor's Certification Regarding Domestic Support Obligations and Section 522(q), Official Form B283 within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor's case may be closed by the Court without the entry of a discharge.

*See* E.D. Mich LBR 4004-1

©2014 David Wm. Ruskin

**RIGHTS AND DUTIES OF CREDITORS**

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-5(a)(4), if any party in interest asserts that:

1. The Debtor has failed to make all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; or

2. The Debtor is not current in any payments the Debtor was authorized to make directly to a creditor; or

3. One or more allowed claims have not been paid in accordance with the plan; or

4. With respect to any secured claim that continues beyond the term of the plan, there remains prepetition or post-petition defaults that have not been cured or that the claim is otherwise not current in all respects including, but not limited to, any unpaid escrow balance, late charge, cost or attorney fee; or

5. A creditor has a lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; or

6. There exists reasonable cause to believe that:

    (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtor; or

    (b) There is pending any proceeding in which the debtor's may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

the party may file an objection to this Report. Any objection must be filed not later than 21 days after service of this Trustee's Report. If a timely objection is filed, the Court will delay entry of the order of discharge until the Court resolves the objection and a hearing will be scheduled with notice to the objecting party.

In addition to the requirements of F.R.Bankr.P. 3002.1(g), if no objection to this Trustee's Report is timely filed, pursuant to E.D. Mich. LBR 2015-5(a)(5), it shall be conclusively determined that:

1. Debtor has made all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; and

2. Debtor is current in all payments Debtor was authorized to make directly to a creditor; and

3. All allowed claims have been paid in accordance with the plan; and

4. With respect to any secured claim that continues beyond the term of the plan, all prepetition and post-petition defaults have been cured and the claim is current in all respects including, but not limited to, all escrow balances, late charges, costs or attorney fees; and

©2014 David Wm. Ruskin

5. A creditor has no lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and;

6. There exists no reasonable cause to believe that:

    (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtor; or

    (b) There is pending any proceeding in which the debtor may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

7. The Court may enter an order of discharge containing the terms set forth above without further notice or hearing.

                          OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
                          David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: December 12, 2014        /s/ Thomas D. DeCarlo
                                      LISA K. MULLEN (P55478)
                                      THOMAS D. DECARLO (P65330)
                                      26555 Evergreen Road Ste 1100
                                      Southfield, MI 48076-4251
                                      Telephone (248) 352-7755

©2014 David Wm. Ruskin

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN THE MATTER OF:<br>CLYDE SEARFOSS<br><br>_____ Debtor | CHAPTER 13<br>Case No. 09-64679-PJS<br>Judge PHILLIP J. SHEFFERLY |

**PROOF OF SERVICE OF TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND
TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS;
NOTICE TO CREDITORS OF OBLIGATION TO
FILE A RESPONSE AND RIGHT TO OBJECT; AND
NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION**

    I hereby certify that on December 12, 2014, I electronically filed the TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    The following parties were served electronically:

Frank Industries Pllc
6 Parklane Blvd
Ste #665

    The parties on the attached list were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

/s/ Deanna Thiel
_____
Deanna Thiel
For the Office of the Chapter 13 Standing Trustee-Detroit
26555 Evergreen Road Ste 1100
Southfield, MI 48076-4251
(248) 352-7755

©2014 David Wm. Ruskin

CLYDE SEARFOSS
1586 ALBANY
FERNDALE, MI  48220

| | |
|---|---|
| ASSET ACCEPTANCE<br>P O BOX 2036<br>WARREN, MI 48090-2036 | CAVALRY PORTFOLIO SERVICES LLC<br>P O BOX 27288<br>TEMPE, AZ 85285-2088 |
| ASSOC INVESTMENT CORP<br>P O BOX 3055<br>SALT LAKE CITY, UT 84110 | CAVALRY PORTFOLIO SERVICES LLC<br>% RICHARD G ROOSEN ESQ<br>P O BOX 2305<br>MOUNT CLEMENS, MI 48046 |
| BANK OF AMERICA<br>P O BOX 1390<br>NORFOLK, VA 23501 | CAVALRY PORTFOLIO SERVICES LLC<br>% RICHARD G ROOSEN<br>P O BOX 2305<br>MT CLEMENS, MI 48046 |
| BANK OF AMERICA<br>P O BOX 84006<br>COLUMBUS, GA 31908 | CHASE<br>800 BROOKSEDGE BLVD<br>WESTERVILLE, OH 43081 |
| BOULDER CREDIT SERVICES<br>3250 W BIG BEAVER ROAD<br>SUITE 101<br>TROY, MI 48084 | CITI<br>P O BOX 6241<br>SIOUX FALLS, SD 57117 |
| CANDICA LLC<br>% WEINSTEIN & RILEY PC<br>P O BOX 3978<br>SEATTLE, WA 98124-3978 | COMPLETE CREDIT SOLUTION<br>2921 BROWN TRAIL #100<br>BEDFORD, TX 76021 |
| CAPITAL ONE<br>P O BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | CR EVERGREEN LLC<br>P O BOX 288<br>GREENVILLE, SC 29602 |
| CAPITAL ONE BK<br>%TSYS DEBT MANAGEMENT<br>P O BOX 71083<br>CHARLOTTE, NC 28272 | CREDIT UNION ONE<br>400 EAST NINE MILE RD<br>FERNDALE, MI 48220 |

©2014 David Wm. Ruskin

CREDIT UNION ONE
% BUTLER & BUTLER
24525 HARPER #2
ST CLAIR SHORES, MI 48080

DISCOVER CARD SERVICES
P O BOX 15316
WILMINGTON, DE 19850

ECAST SETTLEMENT CORP
P O BOX 35480
NEWARK, NJ 07193-5480

EMERGENCY/FNBO
245 PERIMETER CENTR PARK
ATLANTA, GA 30346

FIA CARD SERVICES
% PRA RECEIVABLES MANAGEMENT LLC
P O BOX 12907
NORFOLK, VA 23541

FIA CARD SERVICES
1000 SAMOSET DR
DE5 023 03 03
NEWARK, DE 19713

GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE STE 1120
MIAMI, FL 33131

GE MONEY BANK
P O BOX 981131
EL PASO, TX 79998

GE MONEY BANK
P O BOX 981064
EL PASO, TX 79998-1064

HSBC BANK NV
% PRA RECEIVABLES MANAGEMENT LLC
P O BOX 12907
NORFOLK, VA 23541

JASON RAMSEY
3350 LEEWOOD
LAKE ORION, MI 48360

JEFFERSON CAPITAL SYSTEMS LLC
16 MCLELAND RD
ST CLOUD, MN 56303

JEFFERSON CAPITAL SYSTEMS LLC
P O BOX 953185
ST LOUIS, MO 63195

JEFFERSON CAPITAL SYSTEMS LLC
P O BOX 7999
ST CLOUD, MN 56302-9617

LVNV FUNDING
P O BOX 10497
GREENVILLE, SC 29603

LVNV FUNDING LLC
% RESURGENT CAPITAL SERVICES
P O BOX 10587
GREENVILLE, SC 29603-0587

MIDLAND CREDIT MANAGEMENT
8875 AERO DR
SUITE 200
SAN DIEGO, CA 92123-1356

MIDLAND CREDIT MANAGEMENT
P O BOX 939019
SAN DIEGO, CA 92193-9019

NATIONAL CAPITAL MANAGEMENT LLC
8245 TOURNAMENT DR STE 230
MEMPHIS, TN 38125

NATIONAL CITY BANK
P O BOX 94982
CLEVELAND, OH 44101

OAKLAND COUNTY TREASURER
DEPT 479
1200 N TELEGRAPH RD
PONTIAC, MI 48341-0479

OPHRYS LLC
% WEINSTEIN & RILEY PS
P O BOX 3978
SEATTLE, WA 98124-3978

©2014 David Wm. Ruskin

PINNACLE CREDIT SERVICE
7900 HIGHWAY 7 STE 100
MINNEAPOLIS, MN 55426

PORTFOILIO RECOVERY/MARY JANE
ELLIOTT
24300 KARAM BLVD
NOVI, MI 48375

PORTFOLIO RECOVERY ASSOCIATES
% PRA RECEIVABLES MANAGEMENT LLC
P O BOX 12914
NORFOLK, VA 23541

PORTFOLIO RECOVERY ASSOCIATES
% PRA RECEIVABLES MANAGEMENT LLC
P O BOX 41067
NORFOLK, VA 23541

PRA RECEIVABLES MANAGEMENT LLC
P O BOX 12914
NORFOLK, VA 23541

PYOD LLC
% RESURGENT CAPITAL SERVICES
P O BOX 19008
GREENVILLE, SC 29602

SEARS
P O BOX 6189
SIOUX FALLS, SD 57117

TARGET FINANCIAL SERVICES
P O BOX 673
MINNEAPOLIS, MN 55440-0673

TARGET NATIONAL BANK
% WEINSTEIN & RILEY PS
2001 WESTERN AVE STE 400
SEATTLE, WA 98121

TARGET NATIONAL BANK-TARGET
% WEINSTEIN & RILEY PS
P O BOX 3978
SEATTLE, WA 98124-3978

THE BUREAUS
1717 CENTRAL
EVANSTON, IL 60201

THE BUREAUS
650 DUNDEE ROAD
SUITE 870
NORTHBROOK, IL 60062-2757

WELLS FARGO BANK
% ROOSEN VARCHETTI & OLIVIER PLLC
P O BOX 2305
MT CLEMENS, MI 48046

©2014 David Wm. Ruskin